IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CV-133-BO-RJ

WILSON MERCADO,                           )
          Plaintiff,                      )
                                          )
v.                                        )          O R D E R
                                          )
UNITED STATES OF AMERICA,                 )
          Defendant.                      )

This cause comes before the Court on a motion by the United States to dismiss for lack of subject matter jurisdiction. Plaintiff has responded, the United States has replied, and the matter is ripe for ruling. The United States contends that plaintiff's complaint should be dismissed for failure to exhaust administrative remedies under the Camp Lejeune Justice Act. For the reasons stated in *United States v. Pugh*, No. 7:22-CV-124-BO-BM [DE 19] (E.D.N.C. Jan. 27, 2023), which shall be filed as an attachment to this order, the motion to dismiss [DE 12] is GRANTED. This action is DISMISSED WITHOUT PREJUDICE. The clerk shall close the case.

SO ORDERED, this _27_ day of January 2023.

_Terrence Boyle_
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE